```
 1  Robert Grasso, Jr. – Bar No. 015087
    Kim S. Alvarado – Bar No. 018216
 2  GRASSO LAW FIRM, P.C.
    Jackson Plaza
 3  4600 South Mill Avenue, Suite 125
    Tempe, Arizona  85282
 4  Telephone (480) 730-5553
    Facsimile (480) 730-2810
 5  rgrasso@grassolawfirm.com
    kalvarado@grassolawfirm.com
 6     Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PASTOR CLYDE REED; AND GOOD NEWS PRESBYTERIAN CHURCH,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TOWN OF GILBERT, Arizona; and ADAM ADAMS in his official capacity as Code Compliance Manager,<br><br>                    Defendants. | CV 07-0522 PHX-MHB<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

      The parties, by and through their respective undersigned counsel, hereby stipulate and agree that Defendants Town of Gilbert and Adam Adams, Code Compliance Administrator, may have until April 23, 2007, to respond to Plaintiffs' Motion for Preliminary Injunction, filed March 30, 2007.  The parties respectfully request that the Court enter the form of order lodged herewith.

      RESPECTFULLY SUBMITTED this 12th day of April, 2007.

| GRASSO LAW FIRM, P.C. | ALLIANCE DEFENSE FUND |
|---|---|
| By   s/Kim S. Alvarado<br>     Robert Grasso, Jr.<br>     Kim S. Alvarado<br>     Jackson Plaza<br>     4600 South Mill Avenue, Suite 125<br>     Tempe, Arizona  85282<br>       Attorneys for Defendants | By   s/Kim S. Alvarado with permission<br>     Jeremy D. Tedesco, Esq.<br>     15333 North Pima Road, Suite 165<br>     Scottsdale, Arizona  85260 ZIP<br>       Attorneys for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and by mail on the following who are not registered participants of the CM/ECF System:

David A. Cortman
**ALLIANCE DEFENSE FUND**
1000 Hurricane Shoals Road, Suite D-600
Lawrenceville, Georgia 30043
*dcortman@telladf.org*
   Attorneys for Plaintiffs


By  s/Kim S. Alvarado