Robert Grasso, Jr. – Bar No. 015087
Kim S. Alvarado – Bar No. 018216
**GRASSO LAW FIRM, P.C.**
Jackson Plaza
4600 South Mill Avenue, Suite 125
Tempe, Arizona  85282
Telephone (480) 730-5553
Facsimile (480) 730-2810
*rgrasso@grassolawfirm.com*
*kalvarado@grassolawfirm.com*
   Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PASTOR CLYDE REED; AND GOOD NEWS PRESBYTERIAN CHURCH,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TOWN OF GILBERT, Arizona; and ADAM ADAMS in his official capacity as Code Compliance Manager,<br><br>　　　　　　　　　Defendants. | CV 07-0522 PHX-MHB<br><br>**STIPULATED REQUEST FOR ENTRY OF PRELIMINARY INJUNCTION** |

On March 30, 2007, Plaintiffs filed a Motion for Preliminary Injunction, in which Plaintiffs requested that Defendants be enjoined from enforcing Chapter I, § 4.402(P) of the Town of Gilbert Land Development Code ("Code"), which Plaintiffs allege violates their First Amendment Rights.  Defendants and Plaintiffs, pursuant to Fed. R. Civ. P. 65, agree to stipulate to the injunction and respectfully request that the Court enter the Stipulated Preliminary Injunction submitted concurrently.  In consideration for this Stipulation, Plaintiffs agree to withdraw the Motion for Preliminary Injunction currently pending before the Court.

Accordingly, the parties respectfully request that, in light of this Stipulation, the Court vacate any hearing that has been scheduled, if any, on that Motion for Preliminary Injunction.

1  Further, the parties respectfully request that the Court waive Plaintiffs' Fed. R. Civ. P. 65(c)
2  security obligation.
3       RESPECTFULLY SUBMITTED this 17th day of April, 2007.

**GRASSO LAW FIRM P.C.**

By   <u>s/Kim S. Alvarado</u>
      Robert Grasso, Jr.
      Kim S. Alvarado
      Jackson Plaza
      4600 South Mill Avenue, Suite 125
      Tempe, Arizona 85282
        Attorneys for Defendants

**ALLIANCE DEFENSE FUND**

By   <u>s/Kim S. Alvarado with permission</u>
      Benjamin W. Bull, Esq.
      Jeremy D. Tedesco, Esq.
      15333 North Pima Road, Suite 165
      Scottsdale, Arizona 85260
        Attorneys for Plaintiffs

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that on this 17th day of April, 2007, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing, and by mail on the

4   following who are not registered participants of the CM/ECF System:

5   Benjamin W. Bull, Esq.
    Jeremy D. Tedesco, Esq.
6   **ALLIANCE DEFENSE FUND**
    15333 North Pima Road, Suite 165
7   Scottsdale, Arizona  85260
    *jtedesco@telladf.org*
8       Attorneys for Plaintiffs

9   David A. Cortman
    **ALLIANCE DEFENSE FUND**
10  1000 Hurricane Shoals Road, Suite D-600
    Lawrenceville, Georgia 30043
11  *dcortman@telladf.org*
        Attorneys for Plaintiffs
12

13

14  By  s/Kim S. Alverado