**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PASTOR CLYDE REED; AND GOOD NEWS PRESBYTERIAN CHURCH,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TOWN OF GILBERT, Arizona; and ADAM ADAMS in his official capacity as Code Compliance Manager,<br><br>　　　　　　　　　Defendants. | CV 07-0522 PHX-SRB<br><br>**ORDER ON STIPULATED PRELIMINARY INJUNCTION** |

HAVING considered the Stipulation Request for Entry of Preliminary Injunction, and for good cause showing,

IT IS ORDERED that:

(1) Plaintiffs' Motion for Preliminary Injunction is withdrawn;

(2) Defendants shall be enjoined from enforcing Chapter I, § 4.402(P) of Defendants' Land Development Code against Plaintiffs pending the outcome of this litigation;

(3) Plaintiffs shall not be required to give security pursuant to Fed. R. Civ. P. 65(d).

DATED this 7th day of May, 2007.

_____
Susan R. Bolton
United States District Judge