**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Pastor Clyde Reed; and Good News Presbyterian Church, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | CASE NO. 07-522-PHX-SRB ) ) |
| Town of Gilbert, Arizona; and Adam Adams in his official capacity as Code Compliance Manager, | ORDER STAYING DISCOVERY ) ) ) |
| Defendants. | ) ) |

Upon Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED that:

1) discovery and all deadlines set in this Court's May 2, 2007 Order Setting Rule 16 Scheduling Conference are stayed until such time as the Town of Gilbert amends and adopts its sign ordinance;

*2)* the Rule 16 Conference set for June 18, 2007 is vacated; and

3) the parties must notify the Court regarding the status of settlement negotiations within fourteen (14) days of the Town of Gilbert's adoption of the new sign ordinance.

DATED this 11th day of May, 2007.

Susan R. Bolton
United States District Judge