1  Robert Grasso, Jr. – Bar No. 015087
   Kim S. Alvarado – Bar No. 018216
2  **GRASSO LAW FIRM, P.C.**
   Jackson Plaza
3  4600 South Mill Avenue, Suite 125
   Tempe, Arizona  85282
4  Telephone (480) 730-5553
   Facsimile (480) 730-2810
5  *rgrasso@grassolawfirm.com*
   *kalvarado@grassolawfirm.com*
6      Attorneys for Defendants

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **IN AND FOR THE DISTRICT OF ARIZONA**

10 PASTOR CLYDE REED; AND GOOD NEWS          )
   PRESBYTERIAN CHURCH,                      )
11                                           )        CV-07-522-PHX-SRB
                     Plaintiffs,             )
12                                           )
              vs.                            )   **STIPULATION TO EXTEND TIME TO**
13                                           )   **FILE DEFENDANTS' RESPONSE TO**
   TOWN OF GILBERT, Arizona; and ADAM        )   **PLAINTIFFS' SECOND MOTION FOR**
14 ADAMS in his official capacity as Code    )   **PRELIMINARY INJUNCTION AND**
   Compliance Manager,                       )   **MOTION FOR LEAVE TO FILE**
15                                           )   **AMENDED VERIFIED COMPLAINT**
                     Defendants.             )
16 _____ )

17         The parties, by and through their respective undersigned counsel, hereby stipulate and

18 agree that Defendants may have until February 8, 2008, to respond to Plaintiffs' Second

19 Motion for Preliminary Injunction and Motion for Leave to File Amended Verified

20 Complaint, both filed January 10, 2008.  The parties respectfully request that the Court enter

21 the form of order lodged herewith.

22         RESPECTFULLY SUBMITTED this 15th day of January, 2008.

23         **GRASSO LAW FIRM, P.C.**              **ALLIANCE DEFENSE FUND**

24
   By    s/Kim S. Alvarado          By    s/Kim S. Alvarado with permission
25       Robert Grasso, Jr.                Jeremy D. Tedesco, Esq.
         Kim S. Alvarado                   15100 N. 90th Street
26       Jackson Plaza                     Scottsdale, Arizona  85260
         4600 South Mill Avenue, Suite 125    Attorneys for Plaintiffs
27       Tempe, Arizona  85282
            Attorneys for Defendants
28

1

CERTIFICATE OF SERVICE

2    I hereby certify that on this 15th day of January, 2008, I electronically transmitted the

3    attached document to the Clerk's Office using the CM/ECF System for filing, and by mail

4    on the following who are not registered participants of the CM/ECF System:

5

6    David A. Cortman
     **ALLIANCE DEFENSE FUND**
7    1000 Hurricane Shoals Road, Suite D-600
     Lawrenceville, Georgia 30043
8    *dcortman@telladf.org*
       Attorneys for Plaintiffs

9

10   By_s/Kim S. Alvarado_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28