**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Pastor Clyde Reed; and Good News Community Church, | ) ) ) |
| Plaintiffs, | ) ) CASE NO. 2:07-cv-00522-PHX-SRB |
| v. | ) ) |
| Town of Gilbert, Arizona; and Adam Adams in his official capacity as Code Compliance Manager, | ) (PROPOSED) ORDER GRANTING ) PLAINTIFFS' MOTION PURSUANT ) TO FED.R.CIV.P. 56(f) FOR RELIEF ) FROM DEFENDANTS' MOTION |
| Defendants. | ) FOR SUMMARY JUDGMENT ) |

The Court has considered Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 56(f) for Relief from Defendants' Motion for Summary Judgment..

IT IS ORDERED that Plaintiffs' motion is GRANTED. Defendants' Motion for Summary Judgment is denied without prejudice, and to be re-filed after discovery and pursuant to the deadlines set at the December 1, 2008, scheduling conference.