Robert Grasso, Jr. – Bar No. 015087
Kim S. Alvarado – Bar No. 018216
**GRASSO LAW FIRM, P.C.**
2430 West Ray Road, Suite 3
Chandler, Arizona 85224
Telephone (480) 730-5553
Facsimile (480) 730-2810
*rgrasso@grassolawfirm.com*
*kalvarado@grassolawfirm.com*
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

PASTOR CLYDE REED; and GOOD NEWS PRESBYTERIAN CHURCH,

Plaintiffs,

vs.

TOWN OF GILBERT, Arizona; and ADAM ADAMS in his official capacity as Code Compliance Manager,

Defendants.

CV 07-0522 PHX-SRB

**MOTION FOR LEAVE TO FILE OBJECTION TO ADMISSION OF EVIDENCE**

Defendants Town of Gilbert and Adam Adams hereby request leave of court to file an Objection to Admission of Evidence pursuant to Rule 7.2(m)(2), Local Rules of Civil Procedure.

In their Response to Plaintiffs' Statement of Facts (Dkt. No. 105), Defendants objected to and moved to strike the Affidavit of Clyde Reed, dated August 26, 2010, and 56 photographs attached thereto.

As part of their Reply in Support of their Cross-Motion for Summary Judgment (Dkt. No. 109), Plaintiffs filed another Affidavit of Clyde Reed, dated October 28, 2010, with exhibits 57-103 (46 photographs) (Dkt. No. 110). This is new evidence that has never been disclosed and to which Defendants have had no opportunity to respond or object. Before the Court considers any such "new" evidence during the summary judgment proceedings, Defendants should be afforded the opportunity to address and object to this new evidence.

Local Rule 7.2(m)(2) does not specifically address the procedure for lodging an Objection to Admission of Evidence at the present stage – presumably because most parties understand that it is improper to present new evidence with a Reply. Accordingly, Defendants request leave of court to file an Objection to Admission of Evidence to address and object to Plaintiffs' latest filing, Dkt. No. 110.

RESPECTFULLY SUBMITTED this 2nd day of November, 2010.

**GRASSO LAW FIRM, P.C.**

By s/Kim S. Alvarado

Robert Grasso, Jr.
Kim S. Alvarado
2430 West Ray Road, Suite 3
Chandler, Arizona 85224
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and by mail on the following who are not registered participants of the CM/ECF System:

Benjamin W. Bull, Esq.
Jeremy D. Tedesco, Esq.
**ALLIANCE DEFENSE FUND**
15100 North 90th Street
Scottsdale, Arizona 85260
*bbull@telladf.org*
*jtedesco@telladf.org*
Attorneys for Plaintiffs

David A. Cortman, Esq.
**ALLIANCE DEFENSE FUND**
1000 Hurricane Shoals Road, Suite D-600
Lawrenceville, Georgia 30043
*dcortman@telladf.org*
Attorneys for Plaintiffs

By s/Kim S. Alvarado