**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Pastor Clyde Reed; and Good News Community Church,<br><br>    Plaintiffs,<br><br>v.<br><br>Town of Gilbert, Arizona; and Adam, Adams in his official capacity as Code Compliance Manager,<br><br>    Defendants. | Case No. 2:07-cv-00522-SRB<br><br>**CONSENT ORDER OF INJUNCTIVE RELIEF AND DISMISSAL WITH PREJUDICE** |

By consent of the parties, and for good cause shown, the Court permanently enjoins Defendants from enforcing Section 4.402P of the Town of Gilbert's Land Development Code entitled "Temporary Directional Signs Relating to a Qualifying Event." Further, having received notice that all remaining legal and equitable claims in this litigation have been resolved between the parties, including

Plaintiffs' request for attorney fees and expenses under 42 U.S.C. § 1988, the Complaint, with all amendments thereto, is DISMISSED WITH PREJUDICE.

Dated this 30th day of December, 2015.

_____
Susan R. Bolton
United States District Judge